**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6623

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RICO HAM, a/k/a Rico Hamm, a/k/a Reco Ham, a/k/a Reco Hamm, a/k/a Rico Hamm, Jr., a/k/a Reco Hamm, Jr.,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:13-cr-00488-JFA-1)

Submitted:  September 18, 2018                    Decided:  September 21, 2018

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Rico Ham, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rico Ham seeks to appeal the district court's order ruling on a postjudgment motion. We lack jurisdiction to review the district court's order and, thus, dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*